GILMORE et al. *v.* BRENHAM et al.

IN this case, and in nine others instituted by different plaintiffs against the same defendants, and brought up from the Commercial Court of New Orleans, the issue made, and evidence adduced, being the same as in the case of *Hefferman* v. *Brenham, ante* p. 146, the same judgment was pronounced as in that case.